**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01337-CV

**PAULA MOORE & ALL OCCUPANTS, Appellants**

**V.**

**J.P. MORGAN CHASE BANK, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05404-E**

## ORDER

We **GRANT** appellant's February 24, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than March 26, 2014.

/s/  ELIZABETH LANG-MIERS
    JUSTICE